UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACQUELYN BURNS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-00341 |
| § | |
| PEPSICO, INC., § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal. Doc. #10. The parties have settled all claims against each other. In accordance with the parties' Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action be DISMISSED with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

It is so ORDERED.

_5/10/23_
Date

_[signature]_
The Honorable Alfred H. Bennett
United States District Judge